# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID GALL and LORI GALL,

       Plaintiffs,

v.                                      Case No:   6:21-cv-79-RBD-LHP

THE FIRST LIBERTY INSURANCE
CORPORATION,

       Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Defendant's Joint Notice of Resolution (Doc. 73), indicating that this case has settled. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 7, 2022.

ROY B. DALTON JR.
United States District Judge